DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN HUGUE DANIEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-2120

[January 13, 2016]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jack Schramm Cox, Judge; L.T. Case No. 502011CF000382A.

Richard W. Springer of Richard W. Springer, P.A., Palm Springs, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed. State v. Green*, 944 So. 2d 208, 217–18 (Fla. 2006); *Bee v. State*, 132 So. 3d 857, 857 (Fla. 4th DCA 2013).

WARNER, GROSS and MAY, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***